UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KAREN KHELUSHYAN, | CV 19-06563-RSWL-JPRx |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MERCEDES-BENZ USA, LLC, a Limited Liability Company; and DOES 1 to 25, | |
| Defendants. | |

    Plaintiff Karen Khelushyan ("Plaintiff") initiated this Action in state court [1-1] on June 19, 2019. Defendant Mercedes Benz USA, LLC ("Defendant") removed the Action [1] on July 29, 2019. The Final Pretrial Conference is set for December 1, 2020, and Plaintiff has failed to file the required documents in accordance with Local Rules 16-4, 16-5, 16-6, and 16-7. The Court **ORDERS** Plaintiff to show cause **within twenty (20) days** as to why this matter should not be dismissed for lack

of prosecution.  In addition, the Court **VACATES** the Final Pretrial Conference.

**IT IS SO ORDERED.**

DATED: November 25, 2020        /s/ Ronald S.W. Lew
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

2